Mathew K. Higbee, Esq., SBN 241380
Naomi M. Sarega, Esq., SBN 306967
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8349
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
MICHAEL GRECCO PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> WRAPMARKET, LLC. <br> Defendant. | Case No. _____ <br><br> **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FROM COPYRIGHT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff MICHAEL GRECCO PRODUCTIONS, INC., d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC., for his Complaint against WrapMarket, LLC., Defendant, alleges as follows:

## INTRODUCTION

1. MICHAEL GRECCO PRODUCTIONS, INC, d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC. (hereinafter "Plaintiff"), by counsel, brings

1

1. this action to challenge the actions of WrapMarket, LLC., (hereinafter "Defendant"), with regard to the unlawful use of two of Plaintiff's copyrighted Images (hereinafter "Images") owned by Plaintiff, and this conduct caused Plaintiff damages. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

2. For the purposes of this Complaint for Damages, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendant(s) named in this caption.

## JURISDICTION AND VENUE

3. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, whereby the Defendant violated Plaintiff's exclusive rights as copyright owner pursuant to 17 U.S.C. §§ 106 and 106A.

4. This Court has personal jurisdiction over Defendant because Defendant is an corporation with its principal place of business within the State of California. Alternatively, this Court has personal jurisdiction because Defendant's acts of infringement complained of herein occurred in the State of California, and Defendant caused injury to Plaintiff in his intellectual property within the State of California.

//

5. Venue is proper pursuant to 28 U.S.C. § 1391(b) because the Defendant's principal place of business lies within this judicial district and a substantial part of the events giving rise to Plaintiff's claim occurred in this judicial district. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant committed the acts of infringement, and has a regular and established place of business in this judicial district.

## PARTIES

6. Plaintiff is a natural person residing in the City of Santa Monica, State of California.

7. Plaintiff is a "copyright owner" who holds "exclusive rights" to his "copyrighted work[s]" pursuant to 17 U.S.C. §§ 101, 106, 106A.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant, WrapMarket, LLC. is a corporation incorporated under the laws of California, with its principal place of business in the City of Orange, in the State of California.

## FACTUAL ALLEGATIONS

9. At all times relevant, Plaintiff was an individual.

10. Plaintiff is informed and believes, and thereon alleges, that at all times relevant, Defendant was a corporation incorporated under the laws of the State of California and conducted business in this judicial district.

11. Plaintiff Michael Grecco Productions, Inc. d/b/a Michael Grecco Photography, Inc. is a professional media and photography company run exclusively by renowned photographer, Michael Grecco. Michael Grecco is an

award winning, Los Angeles based, commercial photographer and film director. Most notably recognized for his numerous iconic celebrity portraits, innovative magazine covers, and advertising spreads, Michael Grecco has produced some of the industry's most sought after photography garnering esteem and attention from industry leaders around the world. Plaintiff has produced creative, one of a kind works for many well renowned clients including NBC/ Universal, GE, HBO, Kodak, TIME, and many more. Plaintiff's works are regularly featured in prestigious galleries such as Louis Stern, G. Ray Hawkins, Stephen Cohen and Fahey Klein. Plaintiff's livelihood and reputation are dependent on the original and creative works they produce.

12. Plaintiff took the Original Images. *See* Original Images attached hereto as Exhibit A.

13. Plaintiff has ownership and copyright of the Images.

14. Plaintiff has registered the Images with the United States Copyright Office under Registration Numbers VAu 1-053-892; and VAu 1-048-417.

15. Plaintiff has provided notice to Defendant that the Images is subject to copyright and to cease use of the Images.

16. Plaintiff did not consent to authorize, permit, or allow in any manner the use of the Images by Defendant.

17. Plaintiff is informed and believes that Defendant used Plaintiff's copyrighted works without his permission and published, communicated, benefited through, posted, publicized and otherwise held out to the public for commercial

benefit, the original and unique work of Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

18.   Plaintiff is informed and believes that Defendant used the Images on its business website http://www.wrapbootstrap.com/ from as early as November 3, 2016 to an unknown date. *See* Screenshots of Defendant's use, attached hereto as Exhibit B.

19.   On information and belief, Defendant knew that it did not possess any rights in the Images and that its use of the Images was unauthorized.

20.   On information and belief, Defendant's use of the Images was deliberate and willful.

21.   Additionally, Defendant's failure to remove the Images from its server further supports Plaintiff's claim of willfulness.

22.   Defendant used the Images to promote Defendant' business.

23.   Plaintiff did not consent to the use of his Images for commercial gain.

**FIRST CAUSE OF ACTION**

**COPYRIGHT INFRINGEMENT**
**Title 17 of the United States Code**

24.   Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

25.   Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original materials and/or work.

//

26. Plaintiff is informed and believes and thereon alleges that said Defendant infringed upon Plaintiff's copyrighted works in violation of Title 17 of the U.S. Code, in that it published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique work of the Plaintiff's consent or authority and acquired monetary gain and market benefit as a result.

27. As a result of each and every Defendant' violations of Title 17 of the U.S. Code, Plaintiff is entitled to actual damages and profits pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c).

28. As a result of the Defendant' violations of Title 17 of the U.S. code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

29. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

//

//

//

//

//

//

//

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant

- Awarding Plaintiff statutory damages in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c);

- Awarding Plaintiff costs of litigation and reasonable attorney's fees, pursuant to 17 U.S.C. § 505;

- Enjoining the Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and

- Awarding any other relief the Court deems just and proper.

Dated: June 15, 2017                     Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 facsimile
*Counsel for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff, Michael Grecco Productions, Inc. d/b/a Michael Grecco Photography, Inc. hereby demands a trial by jury in the above matter.

Dated: June 15, 2017                            Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 facsimile
*Counsel for Plaintiff*