# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **MICHAEL GRECCO PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**WRAPMARKET, LLC,**<br><br>Defendant. | Case No.: SACV 17-01049-CJC(JDEx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Michael Grecco Productions, Inc. d/b/a/ Michael Grecco Photography, Inc. against Defendant Wrapmarket, LLC in accordance with the terms of the Court's Order granting Plaintiff's motion for default judgment. The Court AWARDS Plaintiff $60,000 in statutory

damages, $1,719.95 in attorneys' fees and costs, and post judgment interest, if necessary, to the extent permitted by 28 U.S.C. § 1961.

IT IS FURTHER ORDERED that Plaintiff's request for a permanent injunction is GRANTED, and Defendant and its agents, servants, employees and all persons acting under its permission or authority shall be permanently enjoined and restrained from infringing or inducing the infringement of any of Plaintiff's copyrighted material.

DATED: November 8, 2017

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE