# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WRAPMARKET LLC.<br>Defendant. | Case No. 8:17-cv-01049-CJC-JDE<br><br>**ORDER TO APPEAR FOR EXAMINATION RE: ENFORCEMENT OF JUDGMENT** |

The Court, having considered Plaintiff's Application for Appearance and Examination Re: Enforcement of Judgment hereby **ORDERS** the Application **GRANTED.**

**TO:** James Daniel Simmons,

**YOU ARE ORDERED TO APPEAR** personally before the Honorable John D. Early, to furnish information to aid in enforcement of a money judgment against judgment debtor Wrapmarket LLC, and to answer concerning property of the

**ORDER**
1

judgment debtor in your possession or control.

**Date of appearance:** March 1, 2018

**Courtroom:** 6B

**Time:** 10:00 A.M.

**Location of appearance:** 411 W. Fourth Street, Santa Ana, CA

Dated: January 30, 2018

_____
Hon. John D. Early
United States Magistrate Judge